Harry YATES, Plaintiff-Appellant, v. George T. McGOWAN, as United States Collector of Internal Revenue for the 28th New York District, Defendant-Appellee.

No. 165.

Circuit Court of Appeals, Second Circuit.

Jan. 26, 1942.

Rehearing Denied March 7, 1942.

O'Brian, Hellings, Ulsh & Morey, of Buffalo, N. Y., for appellant.

Samuel O. Clark, Jr., Asst. Atty. Gen., J. Louis Monarch, Helen R. Carloss, and Paul R. Russell, Sp. Assts. to the Atty. Gen., and George L. Grobe, U. S. Atty., and R. Norman Kirchgraber, Asst. U. S. Atty., both of Buffalo, N. Y., for appellee.

Before SWAN, AUGUSTUS N. HAND, and FRANK, Circuit Judges.

PER CURIAM.

Judgment, 39 F.Supp. 257, affirmed on authority of Fairbanks v. United States, 306 U.S. 436, 59 S.Ct. 607, 83 L.Ed. 855.